# SCURA, MEALEY, WIGFIELD & HEYER, LLP

ATTORNEYS AT LAW
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: (973) 696-8391    Fax: (973) 696-8571
WWW.SCURAMEALEY.COM

JOHN J. SCURA II ○*
RONALD P. MEALEY ○
JOHN J. SCURA III ●
DAVID C. WIGFIELD
CHRISTOPHER HEYER ○
───────────
JOSEPH J. REILLY ○

Of Counsel
PETER A. AXELROD (1)

Hoboken Office:
79 Hudson Street-Suite 500
Hoboken, NJ 07030

*Board Certified-Business Bankruptcy Law
American Board of Certification
●Also admitted in Pennsylvania
○Also admitted in New York
(1)Admitted in New York only

**Please Reply to Wayne**

July 7, 2008

Honorable Morris Stern
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

> Re:   **556 First Street, LLC**
>        **Bankruptcy Case: 07-27521**

Dear Judge Stern:

In principal, we have worked out a forbearance agreement with the secured creditor Amboy Bank. We would request that the case be dismissed so that the debtor can move forward with forbearance agreement. This is essentially a one creditor case with one piece of real estate and assume the US Trustee's office would not object to dismissal.

Thank you for Your Honor's attention in this matter.

Respectfully submitted,

/s/ John J. Scura III
John J. Scura III

JJSIII:jrs
Cc: US Trustee's Office, via ECF
     Eric Kelner, Esq., via ECF