Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 07–27521–MS
                          Chapter:  11
                          Judge:  Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
556 First Street, LLC
556 First Street
Hoboken, NJ 07030

Social Security No.:

Employer's Tax I.D. No.:
20–1741724

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 8, 2008</u>                    <u>Morris Stern</u>
                                              Judge, United States Bankruptcy Court